UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VANESSA VELASCO ORTEGA, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OKANOGAN COUNTY, WASHINGTON, a municipal corporation; OKANOGAN COUNTY SHERIFF'S OFFICE; ISAIAH HOLLOWAY, an individual and employee of the OKANOGAN COUNTY SHERIFF'S OFFICE,<br><br>　　　　　　　Defendants. | NO: 2:22-CV-0195-TOR<br><br>ORDER DISMISSING OKANOGAN COUNTY SHERIFF'S OFFICE |

　　　BEFORE THE COURT is Defendant Okanogan County Sheriff's Office Motion to Dismiss.  ECF No. 14.  Defendant explains that the Sheriff's Office is not an entity capable of being sued.  Plaintiff filed a Response indicating that she "does not oppose the dismissal of the Okanogan County Sheriff's Office as a named defendant in this litigation."  ECF No. 18.

ORDER DISMISSING OKANOGAN COUNTY SHERIFF'S OFFICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Defendant Okanogan County Sheriff's Office Motion to Dismiss, ECF No. 14, is GRANTED. Defendant Okanogan County Sheriff's Office is **DISMISSED** with prejudice as a party defendant to this litigation.

2. The Clerk of Court shall terminate the Okanogan County Sheriff's Office from the docket.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED December 5, 2022.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING OKANOGAN COUNTY SHERIFF'S OFFICE ~ 2